# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: BOONE, MURIEL | CASE NUMBER: 14-22993(RDD) |
| DEBTOR. | CHAPTER 11 |

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM    1-May-15    TO    5/31/2015

Dated:    9-Jul-15

Robert L. Reda
Attorney for Debtor

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: Muriel Boone
Case Number: 14-22993(RDD)

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contai

| | Month MAY | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $20,360.64 | $20,360.64 |
| CASH- Beginning of Month (Business) | | $0.00 |
| Total Household Receipts | $4,774.00 | |
| Total Business Receipts | | |
| Total Receipts | $4,774.00 | |
| Total Household Disbursements | $10,534.19 | |
| Total Business Disbursements | | |
| Total Disbursements | $10,534.19 | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | ($5,760.19) | |
| CASH- End of Month (Individual) | $14,600.45 | |
| CASH- End of Month (Business) | | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | | |
|---|---|---|
| from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's | | |
| CALCULATION | | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 9th day of February 2015.

/s/ Muriel Boone
Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month MAY | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | $20,360.64 | $20,360.64 |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | | $0.00 |
| Interest or Dividend Income | | $0.00 |
| Alimony or Child Support | | $0.00 |
| Social Security/Pension/Retirement | | $0.00 |
| Sale of Household Assets (attach list to this report) | $1,200.00 | $1,200.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | $0.00 |
| bank charges/misc | | $0.00 |
| Other (specify) (attach list to this report) | $74.00 | |
| RENTAL INCOME | | $0.00 |
| | $3,500.00 | $3,500.00 |
| **TOTAL RECEIPTS** | $4,774.00 | $4,774.00 |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | $0.00 |
| Charitable Contributions | | $0.00 |
| Gifts | | $0.00 |
| Household Expenses/Food/Clothing | $5,698.89 | $5,698.89 |
| Household Repairs & Maintenance | $62.06 | $62.06 |
| Insurance | $2,900.00 | $2,900.00 |
| IRA Contribution | $0.00 | $0.00 |
| Lease/Rent Payments | $0.00 | $0.00 |
| Medical/Dental Payments | $0.00 | $0.00 |
| Mortgage Payment(s) | | $0.00 |
| Other Secured Payments | $0.00 | $0.00 |
| Taxes - Personal Property | $0.00 | $0.00 |
| Taxes - Real Estate | $0.00 | $0.00 |
| Taxes Other (attach schedule) | $0.00 | $0.00 |
| Travel & Entertainment | $0.00 | $0.00 |
| Tuition/Education | $0.00 | $0.00 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $1,006.88 | $1,006.88 |
| Vehicle Expenses | $32.41 | $32.41 |
| Vehicle Secured Payment(s) | $0.00 | $0.00 |
| U. S. Trustee Quarterly Fees | $0.00 | $0.00 |
| Professional Fees (Legal, Accounting) | $650.00 | $650.00 |
| Other (attach schedule) BANK SERVICE CHARGES | $183.95 | $183.95 |
| SUPPLIES | | $0.00 |
| MISC | $0.00 | |
| | $0.00 | |
| **Total Household Disbursements** | $10,534.19 | $10,534.19 |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | $14,600.45 | |

|  |  |
|---|---|
| | $2,198.89 |
| | $2,000.00 |
| | $1,500.00 |
| TOTAL | $5,698.89 |

# SCHEDULE OF BUSINESS
# CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month |  |  |
| **BUSINESS CASH RECEIPTS** |  |  |
| Cash Sales |  |  |
| Account Receivable Collection |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Rental Income |  |  |
| Sale of Business Assets (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
| **Total Business Receipts** |  |  |
| **BUSINESS CASH DISBURSEMENTS** |  |  |
| Net Payroll (Excluding Self) |  |  |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) |  |  |
| Taxes - Payroll |  |  |
| Taxes - Sales |  |  |
| Taxes Other (attach schedule) |  |  |
| Contract Labor (Subcontractors) |  |  |
| Inventory Purchases |  |  |
| Secured/Lease Payments (Business) |  |  |
| Utilities (Business) |  |  |
| Insurance |  |  |
| Vehicle Expenses |  |  |
| Travel & Entertainment |  |  |
| Repairs and Maintenance |  |  |
| Supplies |  |  |
| Charitable Contributions/Gifts |  |  |
| Purchase of Fixed Assets |  |  |
| Advertising |  |  |
| Bank Charges |  |  |
| Other (attach schedule) |  |  |
| **Total Business Disbursements** |  |  |
| CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2) |  |  |

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | X | |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | X | |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | X | |
| | | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | | Payment Amount and Frequency | Delinquency Amount |
| COLONY INSURANCE | 11/19/2013 | 11/19/2014 | 0 MONTHLY | 0 |
| CAMBRIDGE BROKERAGE | 7/28/2014 | 7/28/2015 | 0 ANNUAL | 0 |

___ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:
Opened the Debtor in Possesion bank account.
Debtor has yet to receive checks from First Niagra for the Debtor in possession account.
This has caused Ms. Boone to keep her personal checking account open.

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

### Bank Account Information

| | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | FIRST NIAGARA | ESCROW ACCT | ESCROW ACCT | ESCROW ACCT |
| Account Number: | 7806647926 | 12050291 | 12050291 | 9846704832 |
| Purpose of Account (Business/Personal) | DIP | ATTY TRUST ACCT | ATTY TRUST ACCT | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | IOLA CHECKING |
| 1. Balance per Bank Statement | $223.14 | $15,433.23 | $144.81 | $4,559.46 |
| 2. ADD: Deposits not credited (attach list to this report) | $4,774.00 | $0.00 | $0.00 | $0.00 |
| 3. SUBTRACT: Outstanding Checks (attach list) | $3,484.19 | $5,050.00 | $0.00 | $2,000.00 |
| 4. Other Reconciling Items (attach list to this report) | $0.00 | $0.00 | $0.00 | $0.00 |
| 5. Month End Balance (Must Agree with Books) | $1,512.95 | $10,383.23 | $144.81 | $2,559.46 |
| TOTAL OF ALL ACCOUNTS | | | | $14,600.45 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

### Investment Account Information

| Bank / Account Name / Number | Type of Instrument | Purchase Price | Current Value | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**    **ATTACHMENT NO. 3A**

| Account Number | 7806647926 |
|---|---|
| Purpose of Account (Personal) | DIP |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 410 | 5/1/2015 | home depot | REPAIRS | ($62.06) |
| 412 | 05/04/15 | CVS | food/clothing | ($48.89) |
| EFT | 05/07/15 | mureil boone | food/clothing | ($300.00) |
| EFT | 05/09/15 | mureil boone | food/clothing | ($100.00) |
| EFT | 05/29/15 | BANK SERVICES | BSC | ($183.95) |
| EFT | 05/11/15 | ORANGE & ROCKLAMD | UTILITIES | ($639.86) |
| EFT | 05/12/15 | mureil boone | food/clothing | ($150.00) |
| EFT | 05/21/15 | ONSTAR | AUTOMOBILE | ($32.41) |
| EFT | 05/21/15 | mureil boone | food/clothing | ($300.00) |
| EFT | 05/23/15 | mureil boone | food/clothing | ($300.00) |
| EFT | 05/26/15 | mureil boone | food/clothing | ($500.00) |
| EFT | 05/27/15 | ORANGE & ROCKLAMD | UTILITIES | ($241.47) |
| EFT | 05/27/15 | ORANGE & ROCKLAMD | UTILITIES | ($125.55) |
| EFT | 05/28/15 | muriel boone | food/clothing | ($300.00) |
| EFT | 05/28/15 | mureil boone | food/clothing | ($200.00) |

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3B

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | Escrow Accgt |
|---|---|
| Account Number | 9846704832 |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | atty trust acct |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 3377 | 5/11/2015 | MURIEL BOO | FOOD/CLOTHING | -2000 |
| | | | | ($2,000.00) |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3C

## CASH DISBURSEMENTS DETAILS - PERSONAL

| Name of Bank | ESCROW ACC'T |
|---|---|
| Account Number | 12050291 |
| Purpose of Account (PERSONAL | |
| Type of Account (e.g., Checking) | ATTY TRUST ACCT |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 17587 | 5/12/2015 | united states trust | chapter 11 fees | ($650.00) |
| 17761 | 5/29/2015 | muriel boone | food/clothing | ($1,500.00) |
| 17702 | 5/29/2015 | keegan insurance | insurance | ($1,400.00) |
| 17703 | 5/29/2015 | keegan insurance | insurance | ($1,500.00) |
| | | | | -5050.00 |

FOOD/CLOTHING ($1,500.00)    insurance ($2,900.00)    legal fees ($650.00)

TOTAL ($5,050.00)

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.